| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **EASTERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| **FRESHKO PRODUCE SERVICES, INC.,** | **CASE NO. 1:18-CV-1705 AWI EPG** |
| **Plaintiff** | **ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **RANDY MORENO, et al.,** | (Doc. No. 9) |
| **Defendants** | |

On February 20, 2019, the parties filed a stipulation to dismiss this case without prejudice. See Doc. No. 9. However, the stipulation requests that the Court retain jurisdiction in order to enforce the terms of the parties' settlement agreement (including but not limited due vacating the dismissal and entering judgment pursuant to a provision of the settlement). See Doc. No. 9.

The stipulation is signed by all parties, so the Court interprets the stipulation as governed by Federal Rule of Civil Procedure 41(a)(1).

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d

1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

    Here, again all parties who have appeared in this case have signed the stipulated dismissal. See Doc. No. 9.  Because all appearing parties have signed the stipulated dismissal without prejudice, this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A); Yesh Music, 727 F.3d at 362; Commercial Space, 193 F.3d at 1077.

    Therefore, IT IS HEREBY ORDERED that the Clerk is to CLOSE this case in light of the parties' filed and properly signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal without prejudice, but as stipulated by the parties, the Court will retain jurisdiction in order to enforce, if necessary, the terms of the settlement agreement.

IT IS SO ORDERED.

Dated:   February 28, 2019                    _____
                                                                SENIOR DISTRICT JUDGE